JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff TACHARA HUGHES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TACHARA HUGHES,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HILLS MEDICAL CENTER, LLC., a Nevada Limited Liability Company; Does I-X; Roe Corporations I-X,<br><br>Defendants. | Case No.: 2:16-cv-01997-JAD-PAL<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff, TACHARA HUGHES, and Defendant, SOUTHERN HILLS MEDICAL CENTER, LLC, by and through their respective counsel of record, hereby stipulate and agree to extend the current deadline to file a Joint Pretrial Order on April 30, 2018, (*see* ECF No. 24), up to and including **June 11, 2018**.

Good cause exists for the requested extension. Specifically, the parties have been ordered into a mandatory settlement conference that is set for May 9, 2018. (ECF No. 41). The parties believe delaying the deadline to file the Joint Pretrial Order until approximately thirty days following the settlement conference is appropriate to avoid potentially unnecessary time and expense working on the Joint Pretrial Order should the parties be able to resolve this matter. Moreover, Defendant's new counsel was just substituted in on April 19, 2018 (ECF No. 43) and the additional time will be helpful to the parties as new counsel gets up to speed on the case.

This is the first request for an extension of this deadline and it is sought in good faith and not for the purpose of delay.

Dated: April 30, 2018

Respectfully submitted,

/s/ James P. Kemp
JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW
Attorney for Plaintiff

Dated: April 30, 2018

Respectfully submitted,

/s/ Bruce C. Young
BRUCE C. YOUNG, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH, LLP

Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 30, 2018.