JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff TACHARA HUGHES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

TACHARA HUGHES,

       Plaintiff,

vs.

SOUTHERN HILLS MEDICAL CENTER, LLC., a Nevada Limited Liability Company; Does I-X; Roe Corporations I-X,

       Defendants.

Case No.: 2:16-cv-01997-JAD-PAL

**STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**

**[THIRD REQUEST]**

    Plaintiff, TACHARA HUGHES, and Defendant, SOUTHERN HILLS MEDICAL CENTER, LLC, by and through their respective counsel of record, hereby stipulate and agree to extend the current deadline to file a Joint Pre-Trial Order of June 15, 2018, (*see* ECF No. 49), up to and including **July 5, 2018**, which is 10 days.

    Good cause exists for the requested extension.  The parties have been working on the Joint Pre-Trial Order.  A first draft has been conveyed by Plaintiff's Counsel to Defense Counsel.  Defense Counsel intended to return the draft with Defendant's input on June 25, 2018; however Plaintiff's Counsel informed Defense Counsel that he is in Chicago, Illinois without his file through June 30, 2018 for a few days attending to personal matters and then attending Continuing Legal Education classes a the National Employment Lawyers Association Annual Convention from June 27-30, 2018. The parties determined that they will need additional time to meet and confer on the contents of the Joint Pre-Trial Order when Plaintiff returns to the office on July 2, 2018.

For the foregoing reasons the parties request an additional extension of 10 days to July 5, 2018 to file the Joint Pre-Trial Order with the court.

This is the third request for an extension of this deadline and it is sought in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: June 25, 2018 | Dated: June 25, 2018 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ James P. Kemp<br>JAMES P. KEMP, ESQ.<br>KEMP & KEMP, ATTORNEYS AT LAW<br>Attorney for Plaintiff | /s/ Bruce C. Young<br>BRUCE C. YOUNG, ESQ.<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>Attorney for Defendant |

**ORDER**

      **IT IS SO ORDERED.**

      Dated: _____July 6_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE