BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com

Attorneys for Defendant Southern Hills Hospital, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TACHARA HUGHES,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN HILLS MEDICAL CENTER, LLC, a Nevada Limited Liability Company; Does I-X; Roe corporations I-X,<br><br>    Defendants. | CASE NO. 2:16-cv-01997-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(FOURTH REQUEST)** |

Plaintiff, TACHARA HUGHES, and Defendant, SOUTHERN HILLS MEDICAL CENTER, LLC, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline to file a Joint Pre-Trial Order (originally June 15, 2018 per ECF No. 49), up to and including **July 20, 2018**.

Good cause exists for the requested extension. On May 25, 2018, the parties participated in a status check for the mandatory settlement conference and were unable to resolve this matter. At that time, Magistrate Judge Leen ordered the parties to file the Joint Pretrial order by June 11, 2018. See (ECF No. 47). The parties have been working on the Joint Pre-Trial Order but there have been difficulties coordinating review and discussion as a result of counsel for Plaintiff traveling and being out of the state for a significant portion of the last few weeks due to both work and personal reasons. See (ECF Nos. 48 and 49). Most recently, the parties again

4834-7065-8156.1

requested additional time from this Court to meet and confer on the contents of the Joint Pre-Trial Order when counsel for Plaintiff was traveling and did not return to the office until July 2, 2018. See (ECF No. 50, requesting extension of time until July 5, 2018).

The parties recognize and acknowledge this Court's caution and admonition in Order (ECF No. 49) that the work load of counsel would not constitute good cause for further extension of this deadline. The parties assure the Court that neither the Third Request (ECF No. 50) nor this Fourth Request were based on the work load of counsel. This final extension is requested because newly substituted Defense counsel has been having difficulty identifying and reviewing documents received from prior defense counsel in order to properly assess necessary trial exhibits and has not been able to finalize its exhibit list by the requested July 5, 2018 extended deadline. Counsel for Plaintiff will also again be out of town from July 6, 2018 to July 13, 2016 for a family gathering. Under the circumstances, the parties stipulate to and request one last extension of time to submit the Joint Pretrial Order up to and including **July 20, 2018**. There will be no further requests for extensions.

| | |
|---|---|
| DATED this 5th day of July, 2018. | DATED this 5th day of July, 2018. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | KEMP & KEMP |
| By  */s/ Bruce C. Young* | */s/ James P. Kemp* |
| BRUCE C. YOUNG, ESQ. | JAMES P. KEMP, ESQ. |
| Attorneys for Defendant | Attorneys for Plaintiff |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___ July 6, 2018 _____

4834-7065-8156.1

2