JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph/702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Tachara Hughes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TACHARA HUGHES, | Case No.: 2:16-cv-01997-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION AND ORDER TO DISMISS RE: SETTLEMENT** |
| SOUTHERN HILLS MEDICAL CENTER, LLC., a Nevada Limited Liability Company; Does I-X; Roe Corporations I-X, | **[FIRST REQUEST]** |
| Defendants. | |

COME NOW the Parties by and through their respective undersigned counsel of record and hereby stipulate that the deadline of September 27, 2019 to file a stipulation and order to dismiss the case re: settlement be extended through and including October 11, 2019.

The reason for the extension is that due to Plaintiff's counsel being on vacation from September 13 through September 26, 2019 the completion of the settlement paperwork was delayed. The Parties anticipate that the matter should be completed and concluded by the new requested deadline of October 11, 2019.

1

This is the first stipulation to extend this deadline and is not made for the purpose of delay.

DATED this 27th day of September, 2019.

**KEMP & KEMP**

/s/ James P. Kemp

James P. Kemp, Esq.
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
*Attorney for Plaintiff*

DATED this 27th day of September, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Bruce C. Young

Bruce C. Young, Esq.
Nevada Bar No. 5560
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 30, 2019.