BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendant
Southern Hills Medical Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TACHARA HUGHES,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HILLS MEDICAL CENTER, LLC, a Nevada Limited Liability Company; Does I-X; Roe Corporations I-X,<br><br>Defendants. | CASE NO. 2:16-cv-01997-JAD-BNW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** & ORDER<br><br>ECF No. 82 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff TACHARA HUGHES and Defendant SOUTHERN HILLS MEDICAL CENTER, LLC, by and through their respective attorneys of record, hereby notify this Court that they have agreed to resolve this matter. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint.

. . .

. . .

. . .

. . .

. . .

. . .

4818-4788-6760.1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 9th day of October, 2019.  DATED this 9th day of October, 2019.

KEMP & KEMP  LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ James P. Kemp_  _/s/Bruce C. Young_
James P. Kemp, Esq.  Bruce C. Young, Esq.
Victoria L. Neal, Esq.  Paige S. Shreve, Esq.
*Attorneys for Plaintiff Tachara Hughes*  *Attorneys for Defendant Southern Hills Medical Center, LLC*

### ORDER

Based on the parties' stipulation **[ECF No. 82]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 9, 2019